JAMES P. SHEA (STATE BAR NO. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 830
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIO GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | NO. 2:15-CV-08698-FFM<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand dollars and no cents ($4,000.00), subject to the provisions of the EAJA.

Dated: July 14, 2016     /S/ FREDERICK F. MUMM
                                      THE HONORABLE FREDERICK F. MUMM
                                      UNITED STATES MAGISTRATE JUDGE